PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:14CR111HTW-FKB

CECIL MCCRORY
(Wherever Found)

The Clerk of said Court will issue summons returnable on Thursday, November 6, 2014, at 1:00 p.m., before F. Keith Ball, United States Magistrate Judge at 501 E. Court Street, Jackson, MS, an Information against the above-named defendant having been filed in the above-entitled cause on _November 6th_, 2014.

This _6th_ day of _November_, 2014.

                                        GREGORY K. DAVIS
                                        United States Attorney

                                    By: _____
                                        D. MICHAEL HURST, JR.
                                        Assistant United States Attorney
                                        MS Bar #99990

Summons issued: _____