IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                          CRIMINAL NO. 3:14-CR-111-HTW-RKB

CECIL MCCRORY

MOTION FOR CONTINUANCE

COMES NOW Cecil McCrory through undersigned counsel and files this Motion For Continuance in the above styled and referenced action and for cause would unto the Court the following:

1. The trial of this matter is currently set for January 5, 2014.

2. Defendant McCrory has been provided with discovery by the United States Attorney which is very extensive in its breadth and scope, comprising 66 CD's.

3. The Assistant United States Attorney assigned to this cause, Mike Hurst, has informed undersigned counsel of record that the Government has no objection to a continuance.

4. Defendant McCrory has been advised of his right pursuant to the Speedy Trial Act and agrees to waive the time period covered by this continuance if it is granted.

5. This Motion For Continuance is not for the purpose of delay but is for the specific purpose of assuring that the defendant Cecil McCrory has the time required to review the tremendous volume of discovery in this case and that he has time to adequately prepare his response to the Government's charges, all of which being in the interest of justice and fairness.

WHEREFORE, PREMISES CONSIDERED, defendant Cecil McCrory, through undersigned counsel of record, prays for an Order Continuing the trial date in this cause and all of the associated deadlines associated therewith.

        Respectfully submitted,

        CECIL MCCRORY, Defendant

        <u>/s/ Clarence McDonald Leland</u>
        Attorney for Cecil McCrory

Clarence McDonald Leland, Ltd.
Clarence McDonald Leland MB#9739
200 Town Square, Suite A
P.O. Box 1466
Brandon, Mississippi 39043
(601) 825-7978
Fax (601) 825-4645

## CERTIFICATE OF SERVICE

    I, Clarence M. Leland, doe hereby certify that I have this day filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic system on all parties of record.

    This the 17th day of December, 2014.

        <u>s/ Clarence McDonald Leland</u>
        Attorney for Cecil McCrory