IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL CAUSE NO. 3:14cr111HTW-FKB

CECIL MCCRORY

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that E. Carlos Tanner, III, Esq. hereby enters his appearance as counsel for Mr. Cecil McCrory in the above-styled and -numbered cause and substitutes himself as counsel in place of attorney Clarence M. Leland, Jr., Esq.

E. CARLOS TANNER, III, ESQ.
TANNER & ASSOCIATES, LLC
Post Office Box 3709
Jackson, Mississippi  39207
carlos.tanner@thetannerlawfirm.com
601.460.1745 (Telephone)
662.796.3509 (Facsimile)

Service of all pleadings, papers, documents, and evidence required to be served in this action on Mr. Cecil McCrory should also be served on the undersigned appearing counsel.

**RESPECTFULLY SUBMITTED**, on this, the 3rd day of January, 2016.

　　　　　　　　　　　　　　　　　　 /s/ E. Carlos Tanner, III
　　　　　　　　　　　　　　　　　E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
　　　　　　　　　　　　　　　　　TANNER & ASSOCIATES, LLC

        E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
        TANNER & ASSOCIATES, LLC
        P.O. Box 3709
        Jackson, Mississippi 39207
        carlos.tanner@thetannerlawfirm.com
        601.460.1745 (telephone)
        662.796.3509 (facsimile)

## **CERTIFICATE OF SERVICE**

  I, E. Carlos Tanner, III, do hereby certify that on this date, January 3, 2016, I have electronically filed the foregoing Notice of Substitution of Counsel and Entry of Appearance with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

  ON THIS, the 3rd day of January, 2016.

        */s/ E. Carlos Tanner, III*
        E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
        TANNER & ASSOCIATES, LLC
        P.O. Box 3709
        Jackson, Mississippi 39207
        carlos.tanner@thetannerlawfirm.com
        601.460.1745 (telephone)
        662.796.3509 (facsimile)