## AFFIDAVIT OF CECIL McCRORY

I, CECIL McCRORY, having been first duly sworn hereby depose and state before the undersigned Notary Public, who is duly qualified and acting in and for Hinds County, Mississippi, and state all of the following:

1. That my name is Cecil McCrory;
2. That I reside in Brandon, Rankin County, Mississippi;
3. That I am 64 years old, my date of birth being December 19, 1951;
4. That I did not conspire or agree with Christopher Epps to commit the crime of money laundering; and
5. That I am legally and factually innocent of the charge of conspiring to commit money laundering.

_____
CECIL McCRORY

STATE OF MISSISSIPPI
COUNTY OF HINDS

Personally appeared before me, the undersigned authority in and for said county and CECIL McCRORY, who being by me first duly sworn, states on oath that the matters and facts set forth in the above and foregoing petition are true and correct as therein stated.

_____
CECIL McCRORY

SWORN TO AND SUBSCRIBED BEFORE ME, this the 6th day of December, 2016.

_____
NOTARY PUBLIC

My commission expires: _____

[Notary Seal: STATE OF MISSISSIPPI, JEANINE R. McNULTY, NOTARY PUBLIC, ID No. 76454, Commission Expires February 5, 2017, HINDS COUNTY]